TRULINCS 37910086 - KAMERLING, BEVERLEE P - Unit: DUB-S-B

----

FROM: 37910086
TO:
SUBJECT: Notice of Appeal
DATE: 04/06/2013 05:46:56 PM

___ FILED
___ LODGED     MAIL
___ RECEIVED

APR 11 2013

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

NOTICE OF APPEAL

TO

UNITED STATES COURT OF APPEALS
NINTH CIRCUIT
SAN FRANCISCO, CALIFORNIA

BEVERLEE KAMERLING,
    Petitioner

v.

WESTERN DISTRICT OF WASHINGTON
CASE NO. 12 CV 1635 (RAJ)

UNITED STATES OF AMERICA,
    Respondent

    NOTICE IS HEREBY GIVEN that Beverlee Kamerling, the Petitioner and Appellant in the above numbered case, does hereby appeal the Western District of Washington District Court's Order denying Petitioner's Title 28 U.S.C. Motion &2255 entered into April 2, 2013.

    The Petitioner is a federal prisoner and files this Notice of Appeal on April 6, 2013 when delivered to the prison authorities as according to Houston v. Lack, 487 US 266 (1988) and in accordance with Title 28 U.S.C. 1746, "pro se litigant's pleading are filed at the moment of delivery to prison authorities." This Notice of Appeal will be mailed to the United States Court of Appeals, Ninth Circuit, and the District Court within the time allowed to file such notices.

*[signature]*
Beverlee Kamerling, Petitioner and Appellant
#37910-086 - Satellite Prison Camp
5675 8th Street - Camp Parks
Dublin, California 94568

12-CV-01635-APP

```
_____ FILED
_____ LODGED      MAIL
_____ RECEIVED

APR 11 2013

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY
```

CERTIFICATE OF SERVICE

I certify that the aforementioned document _____Notice of Appeal_____ was placed in the institution mailbox (Certified mail prepaid).  Said document was sent US Mail to the addresses cited below, on the date of the addressor's signature.

Pursuant to "Houston v. Lack", 487 US 266 (1988) and in accordance with Title 28 USC 1746, "pro se litigant's pleadings are filed at the moment of delivery to prison authorities."

_April 6, 2013_
Date

_Benecia Lansley_ (signature)
ADDRESSOR

ADDRESSED AND MAILED TO:

Court Clerk
US District Court
700 Steward Street
Seattle, WA
98101

Benerlee Kanenlup
37910-086 Satellite Run Camp
5675 8" Spurs-Camp Pub
Weber, CA 94568

OAKLAND CA 946
08 APR 2013 PM 10 T

FILED
LODGED
RECEIVED

APR 11 2013

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

⇨ 37910-086 ⇦
U S Courthouse
700 Stewart ST
Seattle, WA 98101
United States